# United States Court of Appeals for the Fifth Circuit

---

No. 22-50374
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
February 24, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Nicasio Nevarez-Zamudio,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:21-CR-1067-1

---

Before King, Higginson, and Willett, *Circuit Judges*.

Per Curiam:[*]

Nicasio Nevarez-Zamudio appeals his conviction and sentence for illegal reentry in violation of 8 U.S.C. § 1326(a) and (b)(2), contending that the enhancement of his sentence under § 1326(b) is unconstitutional. He has filed an unopposed motion for summary disposition and a letter brief explaining that he raises this issue only to preserve it for further review, correctly conceding it to be foreclosed by *Almendarez-Torres v. United States*,

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50374

523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553–54 (5th Cir. 2019).

Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Nevarez-Zamudio's motion is GRANTED, and the judgment of the district court is AFFIRMED.